FILED BY FAX

James W. Poindexter, Esq. (SBN 95966)
Poindexter & Doutre, Inc.
214 Grant Avenue, Suite 400
San Francisco, California 94108
Telephone: (415) 398-5811
Facsimile: (415) 398-5808

Attorneys for Defendant
National Credit Audit Corporation

FILED

2008 AUG -7 PM 4: 15

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

'08 CV 1436 JAH LSP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. RICHARDS, | Case No. |
| Plaintiff, | JOINDER IN NOTICE OF REMOVAL OF ACTION |
| v. | |
| NATIONAL CREDIT AUDIT CORPORATION, an Illinois Corporation; BONNIER CORPORATION, a Florida Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Defendant National Credit Audit Corporation hereby joins in defendant Bonnier Corporation's Notice of Removal to this Court of the State Court Action described in the said Notice of Removal.

DATED: August 6, 2008

POINDEXTER & DOUTRE, INC.

By: _____
James W. Poindexter, Esq.
Attorneys for Defendant
National Credit Audit Corporation

1

Joinder in Notice of Removal of Action

PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF ORANGE      )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 600 Anton Blvd., Suite 1075, Costa Mesa, California 92626.

On August 7, 2008, I caused the foregoing document to be served: **JOINDER IN NOTICE OF REMOVAL** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| **Attorney for Plaintiff David G. Richards** | **Attorney for Defendant National Credit Audit Corporation** |
| David L. Speckman, Esq. SBN 178180 | James W. Poindexter, Esq. SBN 95966 |
| SPECKMAN & ASSOCIATES | Poindexter & Doutre, Inc. |
| 835 Fifth Avenue, Suite 301 | 214 Grant Ave., Suite 400 |
| San Diego, CA 92101 | San Francisco, CA 94108 |
| Facsimile No.: (619) 696-5151 | Facsimile No.: (415) 398-5808 |

(XX)   BY MAIL, as follows:

    ( )   STATE – I am readily familiar with Kohut & Kohut LLP's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Costa Mesa, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

    (XX)   FEDERAL – I deposited such envelope in the U.S. Mail at Costa Mesa, California with postage thereon fully prepaid.

( )   BY PERSONAL SERVICE, as follows: I caused a copy of such document to be served by hand to the addresses.

( )   BY OVERNIGHT DELIVERY, as follows: I caused such envelope to be delivered by overnight delivery service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight delivery service with delivery fees paid or provided for.

( )   BY FACSIMILE, as follows: I caused such documents to be transmitted to the telephone number of the addressee listed above, by use of facsimile machine telephone number (714) 384-4131. No error was reported by the facsimile machine. A transmission record of the transmission was printed.

( )   BY CERTIFIED MAIL, as follows: I am "readily familiar" with Kohut & Kohut LLP's practice for the collection and processing of correspondence for mailing with the U.S. Postal Service, such envelope will be deposited with the U.S. Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing, by Certified U.S. Mail, Return Receipt Requested, on the above date according to Kohut & Kohut LLP's ordinary business practice.

( )   STATE – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(XX)   FEDERAL – I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **August 7, 2008**, at Costa Mesa, California.

_____
Ayrika S. Fernandes