Megan L. Wagner, Esq. (California Bar No. 130752)
megan@kohutlaw.com
Sarah K. Kohut, Esq. (California Bar No. 197655)
sarah@kohutlaw.com
KOHUT & KOHUT LLP
600 Anton Blvd., Suite 1075
Costa Mesa, California 92626
Telephone: (714) 384-4130; Facsimile: (714) 384-4131

Christopher Paolini, Esq. (Florida Bar No. 669199)
cpaolini@carltonfields.com
(admission pro hac vice pending)
CARLTON FIELDS, P.A.
CNL Center at City Commons
450 S. Orange Avenue, Suite 500
Orlando, Florida 32801-3336
Telephone: (407) 849-0300; Facsimile: (407) 648-9099

Attorneys for Defendant
BONNIER CORPORATION

FILED
2008 AUG -7 PM 4:15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED BY FAX

'08 CV 1436 JAH LSP

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. RICHARDS, <br><br>  Plaintiff, <br> v. <br><br> NATIONAL CREDIT AUDIT CORPORAITON, an Illinois Corporation; BONNIER CORPORATION; and DOES 1 through 10, inclusive <br><br>  Defendants, | Case No. <br><br> **DEFENDANT BONNIER CORPORATION'S NOTICE OF PARTIES WITH A FINANCIAL INTEREST** |

1

Defendant Bonnier Corporation's Notice of Parties with a Financial Interest

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    Pursuant to Federal Rule of Civil Procedure Rule 7.1(a) and Local Civil Rule 40.2, defendant Bonnier Corporation states as follows:

    Bonnier Corporation is a Florida corporation. Its parent corporation is Bonnier U.S. Holding, Inc. There is no publicly held corporation owning 10% or more of its stock.

DATED: August 7, 2007                                    KOHUT & KOHUT LLP

                                                                               By: _____
                                                                               Megan L. Wagner, Esq.
                                                                               Attorneys for Defendant
                                                                               BONNIER CORPORATION

Defendant Bonnier Corporation's Notice of Parties with a Financial Interest

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF ORANGE     )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 600 Anton Blvd., Suite 1075, Costa Mesa, California 92626.

On August 7, 2008, I caused the foregoing document to be served: **DEFENDANT BONNIER CORPORATION'S NOTICE OF PARITES WITH A FINANCIAL INTEREST** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| **Attorney for Plaintiff David G. Richards**<br>David L. Speckman, Esq. SBN 178180<br>SPECKMAN & ASSOCIATES<br>835 Fifth Avenue, Suite 301<br>San Diego, CA 92101<br>Facsimile No.: (619) 696-5151 | **Attorney for Defendant National Credit Audit Corporation**<br>James W. Poindexter, Esq. SBN 95966<br>Poindexter & Doutre, Inc.<br>214 Grant Ave., Suite 400<br>San Francisco, CA 94108<br>Facsimile No.: (415) 398-5808 |

(XX)     **BY MAIL**, as follows:

       ( )     STATE – I am readily familiar with Kohut & Kohut LLP's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Costa Mesa, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

       (XX)     FEDERAL – I deposited such envelope in the U.S. Mail at Costa Mesa, California with postage thereon fully prepaid.

( )     **BY PERSONAL SERVICE**, as follows: I caused a copy of such document to be served by hand to the addresses.

( )     **BY OVERNIGHT DELIVERY**, as follows: I caused such envelope to be delivered by overnight delivery service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight delivery service with delivery fees paid or provided for.

( )     **BY FACSIMILE**, as follows: I caused such documents to be transmitted to the telephone number of the addressee listed above, by use of facsimile machine telephone number (714) 384-4131. No error was reported by the facsimile machine. A transmission record of the transmission was printed.

( )     **BY CERTIFIED MAIL**, as follows: I am "readily familiar" with Kohut & Kohut LLP's practice for the collection and processing of correspondence for mailing with the U.S. Postal Service, such envelope will be deposited with the U.S. Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing, by Certified U.S. Mail, Return Receipt Requested, on the above date according to Kohut & Kohut LLP's ordinary business practice.

( )     STATE – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(XX)     FEDERAL – I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 7, 2008, at Costa Mesa, California.

*Ayrika S. Fernandes*
Ayrika S. Fernandes