1  James W. Poindexter (SBN 95966)
   Poindexter & Doutre, Inc.
2  214 Grant Ave., Suite 400
   San Francisco, CA 94108
3  Telephone: (415) 398-5811
   Facsimile:  (415) 298-5808
4
   Attorneys For Defendant
5  NATIONAL CREDIT AUDIT CORPORATION

6
                    UNITED STATES DISTRICT COURT
7
                  SOUTHERN DISTRICT OF CALIFORNIA
8
   DAVID G. RICHARDS,                )   Case No. 08 CV 1436 JAH LSP
9                                    )   Hon. John A. Houston
             Plaintiff,              )   Courtroom 11
10                                   )
       v.                            )
11                                   )   **JOINDER IN BONNIER**
                                     )   **CORPORATION'S**
12 NATIONAL CREDIT AUDIT CORPORATION,)   **MOTION TO DISMISS**
   an Illinois Corporation; BONNIER  )
13 CORPORATION, a Florida Corporation; and )
   DOES 1 through 50, inclusive,     )   Date:  September 22, 2008
14                                   )   Time:  2:30 p.m.
             Defendants.             )   Courtroom: 11
15 _____ )

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    1

Defendant National Credit Audit Corporation hereby joins in defendant Bonnier Corporation's Motion to Dismiss, filed in the above-captioned action, with respect to the entire Complaint for failure to satisfy the pleading requirements of Federal Rule of Civil Procedure 8 and with respect to the Third, Fourth, Sixth, and Seventh Causes of Action for failure to state a claim, and adopts the requests, arguments, and authorities contained in Bonnier Corporation's Motion to Dismiss and Points and Authorities in Support of its Motion to Dismiss, which are filed concurrently with this Joinder.

Dated: August 12, 2008             POINDEXTER & DOUTRE, INC.


By: s/   James W. Poindexter
    James W. Poindexter, Esq.
    Attorneys for Defendant
    National Credit Audit Corporation
    Email: jpoindexter@pdlawyers.com

## CERTIFICATE OF SERVICE

The undersigned herby certifies that on this 12th day of August, 2008 the undersigned caused the foregoing **JOINDER IN BONNIER CORPORATION'S MOTION TO DISMISS** to be filed via the Court's electronic filing (cm/ecf) system, which will provide notice to counsel for Plaintiff and Defendant.

**Attorney for Plaintiff David G. Richards**
David L. Speckman, Esq. SBN 178180
SPECKMAN & ASSOCIATES
835 Fifth Avenue, Suite 301
San Diego, CA 92101
Facsimile No.: (619) 696-5151

**Attorneys for Defendant Bonnier Corporation**
Megan L. Wagner, Esq. SBN 130752
Sarah K. Kohut, Esq. SBN 197655
Kohut & Kohut, LLP
600 Anton Blvd., Suite 1075
Costa Mesa, CA 92626

Christopher Paolini, Esq.
Florida Bar Number 669199
(admission *pro hac vice* pending)
CARLTON FIELDS, P.A.
CNL Center at City Commons
450 S. Orange Avenue, Suite 500
Orlando, Florida 32801-3336
Facsimile: (407) 648-9099

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on August 12, 2008, at Costa Mesa, California.

　　　　　　　　　　　　　　　　　　/s/ James W. Poindexter
　　　　　　　　　　　　　　　　　　James W. Poindexter
　　　　　　　　　　　　　　　　　　Email: jpoindexter@pdlawyers.com